MAX LOMASCHINSKY, RESPONDENT, v. LOUIS APRIL, APPELLANT.

Argued October 31, 1924—Decided March 16, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 2 *N. J. Mis. R.* 388.

For the respondent, *Fast & Fast.*

For the appellant, *Harry Levin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, LLOYD, GARDNER, VAN BUSKIRK, CLARK, MCGLENNON, KAYS, JJ. 13.

*For reversal*—None.

---

RAYMOND MAUDSLEY, BY NEXT FRIEND, WILLIAM G. MAUDSLEY, AND WILLIAM G. MAUDSLEY IN HIS OWN RIGHT, RESPONDENTS, v. RICHARDSON & BOYNTON COMPANY, A CORPORATION, APPELLANT.

Submitted March 25, 1925—Decided May 18, 1925.

In passing upon a motion to nonsuit, the court cannot weigh the evidence, but must take as true all testimony which supports the view of the party against whom the motion is made, and must give him the benefit of all legitimate inferences which are